THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN ROBERTS, Appellant.

Submitted February 2, 2004; decided February 17, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).